IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| KAREN FUFKIN VOLLMAYER, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 160215R |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL**[1] |

This matter came before the court on Defendant's Motion for Dismiss the case (Motion), filed October 24, 2016. Defendant's Motion requests that Plaintiff's appeal be dismissed for Plaintiff's failure to comply with the court's Order Compelling Site Inspection (Order), issued September 26, 2016.

The September 26, 2016, Order stated "within three weeks of the date of this Order, Plaintiff must allow a site inspection of the subject property." Defendant asserts that Plaintiff has not contacted Defendant to arrange a site inspection. Plaintiff has not responded to Defendant's Motion. As a result, the court concludes Defendant's Motion to Dismiss should be granted and Plaintiff's appeal should be dismissed. The trial scheduled for December 5, 2016 is cancelled. Now, therefore,

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered November 9, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

FINAL DECISION OF DISMISSAL  TC-MD 160215R 1

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ___ day of November 2016.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on November 29, 2016.*